

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

AARON GADSON,
    a/k/a "A-Ron," and
AKIEM LUKE,
    a/k/a "Ox,"

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - x

**INDICTMENT**

08 Cr.

**08 CRIM 070**

### COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, up to and including at least in or about November 2007, in the Southern District of New York and elsewhere, AARON GADSON, a/k/a "A-Ron," and AKIEM LUKE, a/k/a "Ox," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that AARON GADSON, a/k/a "A-Ron," and AKIEM LUKE, a/k/a "Ox," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

   a.   On or about March 3, 2007, in New York, New York, AARON GADSON, a/k/a "A-Ron," the defendant, negotiated the sale of up to five kilograms of cocaine to a co-conspirator not named as a defendant herein.

   b.   In or about September 2005, in New York, New York, AARON GADSON, a/k/a "A-Ron," and AKIEM LUKE, a/k/a "Ox," the defendants, met to count at least 10 kilograms of cocaine intended for sale.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4.   On or about March 2, 2006, in the Southern District of New York, AKIEM LUKE, a/k/a "Ox," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1) and
   841(b)(1)(A); Title 18, United States Code, Section 2.)

COUNT THREE

The Grand Jury further charges:

5. On or about April 4, 2006, in the Southern District of New York, AKIEM LUKE, a/k/a "Ox," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATION AS TO COUNTS ONE AND THREE**

6. As a result of committing one or more of the controlled substance offenses alleged in Counts One through Three of this Indictment, AARON GADSON, a/k/a "A-Ron," and AKIEM LUKE, a/k/a "Ox," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One through Three of this Indictment.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due

diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____     _____
FOREPERSON              MICHAEL J. GARCIA
                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

AARON GADSON,
a/k/a "A-Ron," and
AKIEM LUKE,
a/k/a "Ox,"

Defendants.

---

INDICTMENT

08 Cr. _____

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(A),
841(b)(1)(B) and 846, and
Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.