

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

**BY FACSIMILE**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

Re: United States v. Aaron Gadson, et al.
S1 08 Cr. 070 (LAP)

Dear Judge Preska:

The Government respectfully writes to request that the Court exclude time in the above-referenced action until the next scheduled conference, on Thursday, February 28, 2008, at 11:30 a.m. Time had previously been excluded, with the consent of all parties, until February 21, 2008, when this matter was initially scheduled for a conference. The conference was adjourned, however, in order to accommodate the schedules of defense counsel. The Government is currently in the process of compiling discovery materials. An exclusion of time is warranted because, among other reasons, it will enable defense counsel to review the discovery materials and contemplate any motions, and the parties to discuss a possible disposition of this matter.

So ordered
Loretta A Preska
USDJ
February 22, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Jenna M. Dabbs*
Jenna M. Dabbs/Kenneth A. Polite
Assistant United States Attorneys
(212) 637-2212/2412

cc: All Counsel of Record (by facsimile)

TOTAL P.02