UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF THE
UNITED STATES OF AMERICA FOR AN ORDER
AUTHORIZING THE RESTRICTED DISCLOSURE
OF INTERCEPTED COMMUNICATIONS AND THE
UNSEALING OF THE APPLICATIONS, ORDERS,
AND RECORDS PERTAINING THERETO.

APPLICATION AND ORDER

08 CR 070 (LAP)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

1. The United States of America, by and through Michael J. Garcia, United States Attorney for the Southern District of New York, Jenna M. Dabbs, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order, pursuant to the provisions of Sections 2510-2521 of Title 18, United States Code, authorizing the disclosure, for the limited purposes of producing discovery pursuant to Federal Rule of Criminal Procedure 16(a), use in criminal complaints and search warrant affidavits, detention hearings, pre-trial discovery, pre-trial preparation and proceedings, and use during trial, of certain recordings of intercepted wire communications and the unsealing of the applications, orders, and reports relating thereto, specifically:

a. The Orders (and accompanying Applications and Affidavits) authorizing interception of wire communications occurring over the cellular telephones assigned call numbers: (1) 917-216-9274; (2) 646-326-6650; and (3) 718-813-9707; and authorizing the interception of oral communications occurring within the 2007 Black Cadillac Escalade with VIN 1GYFK63867R121527;

b. Copies of audio recordings made of communications intercepted pursuant to the above Orders;

c. Line sheets and logs relating to interceptions made pursuant to the above Orders;

d. Periodic reports and other orders relating to the above-referenced Orders.

2. The Government further requests that the original wiretap recordings remain under seal until further order of the Court or another judge of competent jurisdiction.

Dated:   New York, New York
         February 20, 2008

>                    MICHAEL J. GARCIA
>                    United States Attorney
>                    Southern District of New York
>
> By:   *Jenna M. Dabbs*
>       Jenna M. Dabbs
>       Assistant United States Attorney
>       Southern District of New York
>       Tel. Number: (212) 637-2212

IT IS SO ORDERED:

Dated:   New York, New York
         February 20, 2008

*Loretta A. Preska*
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK