UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, : | **NOTICE OF APPEARANCE** |
| - v. - : | |
| | S2 08 Cr. 70 (LAP) |
| AARON GADSON, : | |
|     a/k/a "A-Ron," | |
| AKIEM LUKE, : | |
|     a/k/a "Fox," | |
| FELIX PEARCY, : | |
|     a/k/a "Chop," | |
|     a/k/a "Johnson," : | |
| ANDREW COWAN, | |
|     a/k/a "Big Drew," : | |
| CALVIN GRANT, | |
|     a/k/a "Jack," : | |
|     a/k/a "Fat Jack," | |
| RANDY KING, : | |
|     a/k/a "Macho Man," | |
| DEVIN PAUL, and : | |
| DEREK WILLIAMS, | |
|     a/k/a "Shooter," : | |
| | |
|         Defendants. : | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., 750 Lexington Avenue, 15th Floor, New York, New York 10022, appears on behalf of defendant AARON GADSON in the above-captioned case.

Dated:    New York, New York
          April 7, 2008

                                        _____
                                        JEFFREY LICHTMAN
                                        *Attorney for Defendant Aaron Gadson*
                                        750 Lexington Ave, 15th Floor
                                        New York, New York 10022
                                        (212) 581-1001