UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AARON GADSON,

                Defendant.



08 Cr. 70 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Aaron Gadson's October 3, 2019 petition for an early termination of his term of supervised release. The Government may respond to Mr. Gadson's petition no later than February 20, 2020.

    Because of the private information in Mr. Gadson's request, it shall be sealed.

SO ORDERED.

Dated:    New York, New York
           February 13, 2020

                                        LORETTA A. PRESKA
                                        Senior United States District Judge